AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-04570-MHC**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Red Roof Franchising, LLC**
was received by me on **8/20/2026:**

☐ I personally served the **SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Corporate Service Company, Registered Agent**, who is designated by law to accept service of process on behalf of **Red Roof Franchising, LLC** at **2 Sun Court Suite 400, Norcross, GA 30092** on **08/20/2026 at 2:26 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: 08/20/2026

[signature]

*Server's signature*

**Bela Farkas**

*Printed name and title*

**1449 Druid Valley Dr NE Apt F**
**Atlanta, GA 30329**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET, to Corporate Service Company, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**

Tracking #: **0238046761**