AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-04570-MHC**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Varahi Hotel, LLC,**
was received by me on **8/20/2026:**

☐ I personally served the **SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Nick Lad**, who is designated by law to accept service of process on behalf of **Varahi Hotel, LLC,** at **2200 Corporate Plaza Pkwy SE, Smyrna, GA 30080-2969** on **08/20/2026 at 2:35 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: 08/20/2026

[signature]

*Server's signature*

**Henry Adigwe**

*Printed name and title*

**4848 Merriman Walk**
**Atlanta, GA 30339**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET, to Nick Lad who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 5'-5'4" tall and weighing 180-200 lbs with a beard.**

Tracking #: **0238048169**