**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| T.K.,<br>*Plaintiff,*<br>v.<br>Red Roof Inns, Inc.; Red Roof Franchising, LLC; and Varahi Hotel, LLC,<br>*Defendants.* | Civil Action File No.<br>1:26-cv-04570-MHC |

# Defendant Varahi Hotel, LLC's Certificate of Interested Persons and Corporate Disclosure Statement

Defendant Varahi Hotel, LLC, pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3 (N.D. Ga.), and provides the following information:

1. **Party Identification**. The following is a complete list of all parties, including proposed intervenors:

   (a) Plaintiff: T.K.

   (b) Defendants:
   - Red Roof Inns, Inc.
   - Red Roof Franchising, LLC
   - Varahi Hotel, LLC

2. **Parent Corporations and Publicly Held Corporations.** Varahi has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

3. **Counsel for Varahi**. The following is a complete list of counsel for Varahi:

C. Shane Keith
Georgia Bar No. 411317
Robert S. Thompson
Georgia Bar No. 709650
Alice B. Hollaway
Georgia Bar No. 813401
Hawkins Parnell & Young, LLP
303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (fax)
skeith@hpylaw.com
rhompson@hpylaw.com
ahollaway@hpylaw.com

4. **Other Persons or Entities with Financial Interest.** The following entities may have a financial or other interest that could be substantially affected by the outcome of this litigation:
    - Seneca Specialty Insurance Company
    - Western World Insurance Company
    - AIG
    - American Empire Surplus Lines Insurance Company
    - Great American Alliance Insurance Company
    - Ironshore Indemnity, Inc.
    - The North River Insurance Company
    - American Guarantee and Liability Insurance Company

Respectfully submitted, this 10th day of September 2026.

**Hawkins Parnell & Young, LLP**

*/s/ C. Shane Keith*
C. Shane Keith
Georgia Bar No. 411317
Robert S. Thompson
Georgia Bar No. 709650
Alice B. Hollaway
Georgia Bar No. 813401
*Counsel for Defendant*
*Varahi Hotel, LLC*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia 30308
(404) 614-7400
skeith@hpylaw.com
rthompson@hpylaw.com
ahollaway@hpylaw.com

**Certificate of Service**

I hereby certify that on this 10th day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

**Hawkins Parnell & Young, LLP**

/s/ *C. Shane Keith*
C. Shane Keith
Georgia Bar No. 411317