**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

T.K.,

Plaintiff,

v.

RED ROOF INNS, INC., et al.,

Defendants.

Case No. 1:26-cv-04570-MHC

**ORDER GRANTING**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Having considered Defendants Red Roof Inns, Inc. and Red Roof Franchising, LLC's (collectively, "Red Roof Defendants") Unopposed Motion for Extension of Time to file a responsive pleading to Plaintiffs' Complaint, the Court for good cause shown hereby GRANTS the Motion and ORDERS that Red Roof Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is hereby extended to October 13, 2026.

IT IS SO ORDERED.

Dated: September 11th, 2026

Mark H. Cohen

MARK H. COHEN
UNITED STATES DISTRICT JUDGE