AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

T.K.
*Plaintiff*
v.
Red Roof Inns, Inc., et al
*Defendant*

Case No. 1:26-cv-04570-MHC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Varahi Hotel, LLC.

Date: 09/11/2026

*Attorney's signature*

Alice B. Hollaway, Georgia Bar #813401
*Printed name and bar number*

Hawkins Parnell & Young LLP
303 Peachtree St. NE, Suite 400
Atlanta, GA 30308
*Address*

ahollaway@hpylaw.com
*E-mail address*

(404) 614-7400
*Telephone number*

(855) 889-4388
*FAX number*