UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

T.K.,

Plaintiff,

v.

RED ROOF INNS, INC.,
RED ROOF FRANCHISING, LLC,
and VARAHI HOTEL, LLC,

Defendant.

CIVIL ACTION FILE

NO. 1:26-cv-4570-MHC

## NOTICE OF APPEARANCE

Rory A. Weeks, of the law firm of Andersen, Tate & Carr, P.C., enters an appearance as additional counsel for Plaintiff T.K. All further pleadings, orders, and notices should be sent to Rory A. Weeks whose bar number, address, phone number, and email are listed below:

Rory A. Weeks
State Bar No. 113491
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 Phone
(770) 822-9680 Fax
rweeks@atclawfirm.com

This 16th day of September, 2026.

**ANDERSEN, TATE & CARR, P.C.**

*<u>/s/ Rory A. Weeks</u>*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 Telephone
(770) 236-9784 Facsimile
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the Pacer e-filing system which will send statutory electronic service upon all counsel of record.

This 16th day of September, 2026.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Rory A. Weeks*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 Telephone
(770) 236-9784 Facsimile
Attorneys for Plaintiff

**CERTIFICATE OF COMPLIANCE**

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile