**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| T.K.,<br>*Plaintiff*,<br>v.<br>Red Roof Inns, Inc.;<br>Red Roof Franchising, LLC; and<br>Varahi Hotel, LLC,<br>*Defendants*. | Civil Action File No.<br>1:26-cv-04570-MHC |

# Order

This matter is before the Court on the parties' Joint Motion for Extension of Time to Conduct the Rule 26(f) Conference, File the Joint Preliminary Report and Discovery Plan, Serve Initial Disclosures, and Commence Discovery (Doc. 17). For good cause shown, the Motion is **GRANTED**.

The Court **ORDERS** that the parties shall conduct the conference required by Federal Rule of Civil Procedure 26(f) on or before October 29, 2026; shall file their Joint Preliminary Report and Discovery Plan on or before November 12, 2026; and shall serve their initial disclosures on or before November 12, 2026. Discovery shall commence on November 12, 2026.

This Order is without prejudice to any party's right to seek further relief concerning the scope or timing of discovery, including a stay of discovery. Nothing in this Order waives any party's defenses, objections, or rights, including any defense under Federal Rule of Civil Procedure 12 and any objection to personal jurisdiction or venue.

**SO ORDERED** this 5th day of October, 2026.

Mark H. Cohen

Honorable Mark H. Cohen
United States District Judge
Northern District of Georgia