**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**T.K.**,

*Plaintiff*,

v.

**Red Roof Inns, Inc.; Red Roof Franchising, LLC; and Varahi Hotel, LLC**,

*Defendants*.

Civil Action File No. 1:26-cv-04570-MHC

# Defendants' Joint Motion for Extension of Time for Defendant Varahi Hotel, LLC to Answer or Otherwise Respond to Crossclaims

Defendant Varahi Hotel, LLC ("Varahi") and Defendants Red Roof Inns, Inc. ("RRI") and Red Roof Franchising, LLC ("RRF," and together with RRI, the "Red Roof Defendants"), by consent, respectfully move this Court for a twenty-one (21) day extension of Varahi's time to answer or otherwise respond to the Red Roof Defendants' Crossclaims against Varahi, through and including November 24, 2026. In support, the parties show the Court as follows:

1. On October 13, 2026, RRF filed its Answer to Plaintiff's Complaint and Crossclaims Against Defendant Varahi Hotel, LLC [Doc. 20]. The same day, RRI filed its Answer to Plaintiff's Complaint and Crossclaim Against Varahi Hotel, LLC [Doc. 21]. Each pleading asserts crossclaims against Varahi.

2. Varahi's current deadline to answer or otherwise respond to the Crossclaims in [Doc. 20] and [Doc. 21] is November 3, 2026.

3. Varahi and the Red Roof Defendants are engaged in discussions directed at resolving the issues raised by the Crossclaims, or at least narrowing them. The parties jointly request an additional twenty-one (21) days to allow those discussions to continue and to determine whether resolution of some or all of the issues presented may be possible without further motion practice.

4. The requested extension will not delay this case or disturb any existing deadline. In its October 5, 2026 Order [Doc. 18], the Court directed the parties to conduct the Rule 26(f) conference on or before October 29, 2026; to file their Joint Preliminary Report and Discovery Plan on or before November 12, 2026; and to serve initial disclosures on or before November 12, 2026, with discovery commencing on November 12, 2026. The parties will comply with each of those deadlines, and the extension requested here does not alter them.

5. This is the first extension sought with respect to Varahi's response to the Crossclaims. The motion is not made for purposes of delay, and no party will be prejudiced by the requested extension.

6. A proposed order is submitted herewith.

WHEREFORE, the parties respectfully request that the Court enter an order extending Varahi's deadline to answer or otherwise respond to the Crossclaims filed by RRF [Doc. 20] and RRI [Doc. 21] through and including November 24, 2026.

*Signatures on following page*

Respectfully submitted this 28th day of October 2026.

**Hawkins Parnell & Young, LLP**

*/s/ C. Shane Keith*
C. Shane Keith
Georgia Bar No. 411317
303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia 30308
(404) 614-7400
skeith@hpylaw.com
***Counsel for Defendant Varahi Hotel, LLC***

**Tucker Ellis LLP**

*/s/ Joseph A. Manno*
Joseph A. Manno
*pro hac vice*
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
(216) 696-4465
joseph.manno@tuckerellis.com
***Counsel for Defendants Red Roof Inns, Inc. and Red Roof Franchising, LLC***

**<u>Certificate of Service</u>**

I hereby certify that on this 28th day of October 2026, I electronically filed the foregoing *Joint Motion for Extension of Time* with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

<u>/s/ *C. Shane Keith*</u>
C. Shane Keith
Georgia Bar No. 411317