**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **T.K.**,<br>*Plaintiff*,<br>v.<br>**Red Roof Inns, Inc.; Red Roof Franchising, LLC; and Varahi Hotel, LLC**,<br>*Defendants*. | Civil Action File No.<br>1:26-cv-04570-MHC |

## Order

This matter is before the Court on Defendants' Joint Motion for Extension of Time for Defendant Varahi Hotel, LLC to Answer or Otherwise Respond to Crossclaims [Doc. 22]. For good cause shown, the Motion is **GRANTED**.

Defendant Varahi Hotel, LLC shall answer or otherwise respond to the Crossclaims asserted by Defendant Red Roof Franchising, LLC [Doc. 20] and Defendant Red Roof Inns, Inc. [Doc. 21] on or before **November 24, 2026**.

All other deadlines set forth in the Court's October 5, 2026 Order [Doc. 18] remain in effect.

**SO ORDERED** this 29th day of October, 2026.

Mark H. Cohen

Hon. Mark H. Cohen
United States District Judge
Northern District of Georgia