IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **T.K.,**<br>*Plaintiff,*<br>v.<br>**Red Roof Inns, Inc.; Red Roof Franchising, LLC; and Varahi Hotel, LLC,**<br>*Defendants.* | Civil Action File No.<br>1:26-cv-04570-MHC |

# Joint Notice of Resolution and Request to Stay Case

COME NOW Plaintiff T.K. and Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, and Varahi Hotel, LLC (collectively, the Parties), by and through their respective undersigned counsel, and jointly notify the Court that they have resolved all claims asserted in this action. In support of this Joint Notice and the accompanying request to stay the case, the Parties show the Court as follows:

1. The Parties have resolved the claims made in this case. Under the terms of their settlement, the settlement consideration is to be paid on or before December 18, 2026.

2. Defendants Red Roof Franchising, LLC and Red Roof Inns, Inc. have asserted crossclaims against Defendant Varahi Hotel, LLC [Docs. 20, 21]. Varahi's deadline to answer or otherwise respond to the crossclaims is currently November 24, 2026.

3. To allow the Parties sufficient time to complete the exchange of settlement consideration, confirm its receipt, and prepare and file appropriate dismissal paperwork, the Parties jointly request that the Court stay this action, including all pending deadlines and Varahi's deadline to respond to the crossclaims, through and including January 8, 2027.

4. The Parties will file the appropriate dismissal paperwork on or before the expiration of the requested stay or, if additional time is needed, will file a status report advising the Court of the progress of the settlement.

5. A proposed order granting the requested stay is submitted contemporaneously herewith.

WHEREFORE, the Parties respectfully request that the Court (i) take notice of the resolution of this matter; (ii) stay this action, including all pending deadlines, through and including January 8, 2027, to allow the Parties to complete the settlement and file appropriate dismissal paperwork; and (iii) grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 19th day of November 2026.

*Signatures on following page*

**Andersen, Tate & Carr, P.C.**

*/s/ Rory A. Weeks*
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
(770) 822-0900
***Counsel for Plaintiff***

**Tucker Ellis LLP**

*/s/ Joseph A. Manno*
Joseph A. Manno
pro hac vice
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
(216) 696-4465
joseph.manno@tuckerellis.com
***Counsel for Defendants Red Roof Inns, Inc. and Red Roof Franchising, LLC***

**Hawkins Parnell & Young, LLP**

*/s/ C. Shane Keith*
C. Shane Keith
Georgia Bar No. 411317
skeith@hpylaw.com
303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
***Counsel for Defendant Varahi Hotel, LLC***

**Certificate of Service**

I hereby certify that on this date I electronically filed the foregoing *Joint Notice of Resolution and Request to Stay Case* with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

This 19th day of November 2026.

*/s/ C. Shane Keith*
C. Shane Keith
Georgia Bar No. 411317
***Counsel for Defendant***
***Varahi Hotel, LLC***