**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **T.K.,**<br>*Plaintiff,*<br>v.<br>**Red Roof Inns, Inc.; Red Roof Franchising, LLC; and Varahi Hotel, LLC,**<br>*Defendants.* | Civil Action File No.<br>1:26-cv-04570-MHC |

# Order Granting Joint Request to Stay Case

This matter is before the Court on the Parties' *Joint Notice of Resolution and Request to Stay Case*, in which Plaintiff T.K. and Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, and Varahi Hotel, LLC jointly advise the Court that they have resolved the claims asserted in this action and request a stay through and including January 8, 2027, to allow them to complete the settlement and file appropriate dismissal paperwork.

Upon review of the Joint Notice, and for good cause shown, the request is **GRANTED**.

**IT IS HEREBY ORDERED** that this action is **STAYED** through and including January 8, 2027. All pending deadlines, including Defendant Varahi Hotel, LLC's deadline to answer or otherwise respond to the crossclaims asserted by Defendants Red Roof Franchising, LLC

[Doc. 20] and Red Roof Inns, Inc. [Doc. 21], are suspended during the stay.

**IT IS FURTHER ORDERED** that, on or before the expiration of the stay, the Parties shall file either (i) the appropriate dismissal paperwork, or (ii) a joint status report advising the Court of the progress of the settlement and setting forth any further relief requested.

**SO ORDERED** this _____ day of __________________ 2026.

______________________________
Hon. Mark H. Cohen
United States District Judge
Northern District of Georgia